SCWC-30677

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

MANUEL D. SOUND and THOMPSON PHILLIP,
on behalf of themselves and all similarly situated persons,
Petitioners/Plaintiffs-Appellants,

vs.

STATE OF HAWAI'I, DEPARTMENT OF HUMAN SERVICES;
PATRICIA McMANAMAN[1] in her capacity as Director
of the State of Hawai'i, Department of Human Services;
STATE OF HAWAI'I, DEPARTMENT OF HUMAN SERVICES,
MED-QUEST DIVISION; DR. KENNETH FINK, in his capacity
as State of Hawai'i, Department of Human Services,
Med-Quest Division Administrator,
Respondents/Defendants-Appellees.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(SCWC-30677; CIV. NO. 09-1-2022)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Petitioners/Plaintiffs-Appellants' Application for Writ
of Certiorari, filed on November 8, 2013, is hereby rejected.

DATED: Honolulu, Hawai'i, December 12, 2013.

Paul Alston,                          /s/ Mark E. Recktenwald
J. Blaine Rogers,
and Maile Osika                       /s/ Paula A. Nakayama
for petitioners
                                      /s/ Simeon R. Acoba, Jr.

Heidi M. Rian,                        /s/ Sabrina S. McKenna
John F. Molay and
Lee-Ann N.M. Brewer                   /s/ Richard W. Pollack
for respondents

---

[1]During the pendency of this action, Pat McManaman succeeded
Lillian B. Koller. Thus, pursuant to Hawai'i Rules of Appellate Procedure
Rule 43(c)(1), Patricia McManaman has been substituted automatically for
Lillian B. Koller.